**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**                                 **Case No: 6:16-mj-1162**

**MOSHE BERLIN,**

       **Defendant.**

_____/

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Moshe Berlin**,** in the above-styled cause.

The Clerk is requested to enter the appearance of Alisha Marie Scott, Assistant Federal Defender, as counsel for the Defendant.

DATED this 25th day of March 2016.

DONNA LEE ELM
FEDERAL DEFENDER

s/ _Alisha Marie Scott_
Alisha Marie Scott
Assistant Federal Defender
Georgia Bar No. 0806033
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: alisha_marie_scottt@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Emily Chang, Assistant United States Attorney, this 25th day of March 2016.

s/ *Alisha Marie Scott*
Attorney for Defendant