UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:16-mj-1162

MOSHE BERLIN

## NOTICE OF APPEARANCE

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:  *s/ Emily C. L. Chang*
EMILY C. L. CHANG
Assistant United States Attorney
USA No. 166
400 W. Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       emily.chang@usdoj.gov

**U.S. v. MOSHE BERLIN**                                                                 Case No. 6:16-mj-1162

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alisha Marie Scott
    Assistant Federal Defender

    *s/ Emily C. L. Chang*
    EMILY C. L. CHANG
    Assistant United States Attorney
    USA No. 166
    400 W. Washington Street, Suite 3100
    Orlando, Florida   32801
    Telephone:   (407) 648-7500
    Facsimile:   (407) 648-7643
    E-mail:        emily.chang@usdoj.gov